ACCEPTED
14-14-00859-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 4:36:05 PM
CHRISTOPHER PRINE
CLERK

# No. 14-14-00859-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 4:36:05 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FOURTEENTH DISTRICT OF TEXAS

### AMERICAN RISK INSURANCE COMPANY, INC.
*Appellant*

**v.**

### VERONICA SERPIKOVA
*Appellee*

**Appeal from Cause No. 2013-14955**
**In the 80TH Judicial District Court of Harris County, Texas**

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME
## TO FILE BRIEF

J. Beverly
State Bar No. 02277280
jb@dowgolub.com
Kenneth H. Holt
State Bar No. 00793012
kholt@dowgolub.com
DOW, GOLUB, REMELS &BEVERLY LLP
9 Greenway Plaza, Suite 500
Houston, Texas 77046
Telephone: (713) 526-3700
Facsimile:  (713) 526-3750

*ATTORNEYS FOR APPELLEE*
*VERONIKA SERPIKOVA*

AUGUST 27, 2015

## APPELLEE'S UNOPPOSED MOTION
## TO EXTEND TIME TO FILE BRIEF

To the Honorable Court of Appeals:

Appellee, Veronika Serpikova[1], pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), respectfully moves this Court for an extension of time to file her brief and in support thereof would show as follows:

### Introduction

This is an appeal by American Risk Insurance Co., Inc. from the Final Judgment of the Court in the case styled Cause No. 2013-14955, *Veronika Serpikova v. American Risk Insurance Co., Inc.;* in the 80th Judicial District Court of Harris County, Texas.

The trial court signed a final judgment on July 25, 2014. Appellant filed its notice of appeal on October 23, 2014.

Appellee's brief is currently due on August 31, 2015. Appellee now seeks a 30-day extension of time until September 30, 2015, in which to file her brief.

This is Appellee's first request for an extension of time to file her brief. Because this case has not yet been set for submission or hearing, no unnecessary delay will result from granting this extension.

---

[1] Appellee's name was misspelled as "Veronica Serpikova" in Appellant's Notice of Appeal.

## Certificate of Conference

Counsel for Appellee conferred with Kevin F. Risley, lead counsel for Appellant, on August 27, 2015 by electronic mail and he is not opposed to this motion or the relief sought herein.

## Argument and Authorities

This Court may extend the time to file a brief under the authority of TEX. R. APP. P. 38.6(d).

Appellee relies on the following facts to reasonably explain her need for an extension of time to file her brief:

1.  Counsel for Appellee was preparing for a Court-ordered mediation scheduled on August 7, 2015, in Cause No. 2014-62516, *Williams Temple Church of God in Christ, Inc., et al. v. Norman White, et al.*; in the 11th Judicial District Court of Harris County, Texas.

2.  Counsel for Appellee has been preparing a Reply to a Motion for Summary Judgment due on August 14, 2015 and for a hearing scheduled on August 21, 2015, in a case styled Cause No. 2013-00532, *Irving C. Stern, Trustee, et al. v. New TK Coatings, LLC d/b/a Turn-Key Coatings, et al.*; in the 80th Judicial District Court of Harris County, Texas.

3.  Counsel for Appellee has been preparing motions for judgment notwithstanding the verdict and a motion for indemnification scheduled for hearing on August 17, 2015, in Cause No. 2014-62516, *Williams Temple Church of God in Christ, Inc., et al. v. Norman White, et al.*; in the 11th Judicial District Court of Harris County, Texas.

4.  Counsel for Appellee has been preparing a reply brief which was due August 24, 2015 in a case styled Cause No. 14-14-00660-CV, *Michael Silberstein, et al. v. Trustmark National Bank f/k/a Republic National Bank*; in the Fourteenth District Court of Appeals at Houston, Texas.

5.  Co-Counsel for Appellee, who is assisting with the brief, has been preparing for and taking depositions set for August 26 and 27, 2015, in a case styled Cause No. 2014-72223, *Coastal Energy Company v. Griffith*; in the 152nd Judicial District Court of Harris County, Texas.

6.  Counsel for Appellee has been preparing a Reply Brief due September 11, 2015, in a Case Nos. 14-1746 and 15-1390, styled *Pei-Herng Hor v. Ching-Wu "Paul" Chu*, in the United States Court of Appeals for the Federal Circuit.

### Conclusion and Prayer

For the reasons stated, Appellee Veronika Serpikova requests that the Court grant an extension of time to file Appellee's brief until September 30, 2015.

Respectfully submitted,

DOW GOLUB REMELS & BEVERLY, LLP


By: */s/ J. Beverly*
     J. Beverly
     Texas Bar No. 02277280
     jb@dowgolub.com
     Kenneth H. Holt
     Texas Bar No. 00793012
     kholt@dowgolub.com
     9 Greenway Plaza, Suite 500
     Houston, Texas  77046
     Tel. (713) 526-3700
     Fax (713) 526-3750

ATTORNEYS FOR APPELLEE
VERONIKA SERPIKOVA

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellee's Unopposed Motion to Extend Time to File Brief was sent to:

Kevin F. Risley
Jamie R. Carsey
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas  77056-1988

Spencer E. Dunn
4669 Southwest Freeway, Suite 700
Houston, Texas  77027

ATTORNEYS FOR APPELLANT
AMERICAN RISK INSURANCE CO. INC.


by electronic service on August 27, 2015.


*/s/ J. Beverly*
J. Beverly